**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JASON GAZA,**

    **Plaintiff,**

**v.**                                                        **Case No: 8:15-cv-802-T-35JSS**

**EVEREST RECEIVABLE SERVICES INC.,**

    **Defendant.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 15, 2016, the Mediator filed a Mediation Report, informing the Court that the above-captioned case has settled. (Dkt. 21) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **Dismissed without prejudice**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of June, 2016.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party